FILED
2010 Sep-21 AM 11:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DeANDRE COOPER, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No.   2:10-cv-973-TMP |
| ) | |
| DAVID WISE, Warden; ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## O R D E R

On August 12, 2010, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed with prejudice. After being granted an extension of time, the petitioner filed objections on September 15, 2010.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections, the court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petitioner's objections are OVERRULED and the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DISMISSED WITH PREJUDICE.

DONE and ORDERED this 21st day of September 2010.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE